**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**MUHAMMADON S. HOLLYWOOD,**
*et al.,*
        **Plaintiffs,**


              **vs.**                          **Civil Action 2:08-CV-1175**
                                         **Judge Holschuh**
                                         **Magistrate Judge King**


**FRANKLIN COUNTY WORKHOUSE,**
*et al.,*
        **Defendants.**


<u>**ORDER**</u>

On June 26, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed for lack of jurisdiction and for failure to state a claim upon which relief can be granted.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**


Date: July 21, 2009                     **/s/ John D. Holschuh**
                                         John D. Holschuh, Judge
                                         United States District Court